Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL STEMPLE,** | Case No. 5:14-cv-00772-ODW-MRW |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **LVNV FUNDING, LLC,** | |
| Defendant. | |

    NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 16th day of December, 2014

                    By: s/Todd M. Friedman, Esq.
                         TODD M. FRIEDMAN
                         Attorney for Plaintiffs


                         YU | MOHANDESI LLP


                    By   */s/ Ben Mohandesi*
                         B. Ben Mohandesi
                         Attorneys for Defendant
                         LVNV Funding, LLC

1  Filed electronically on this 16th day of December, 2014, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  Honorable Otis D. Wright, II
   United States District Court
6  Central District of California
7

8
   This 16th day of December, 2014.
9  s/Todd M. Friedman
10 TODD M. FRIEDMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28